## United States Bankruptcy Court
### Northern District of Georgia

In re  **Michael Anthony Davis, II**  
Debtor(s)

Case No. _____  
Chapter **13**

# STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I,  **Michael Anthony Davis, II** , hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐ I am unemployed; or

☐ I am self-employed; or

☐ My employer did not provide pay stubs.

☑ Other

Debtor is a 1099 contract employee and does not receive paystubs.

Date **August 4, 2025**

Signature  */s/ Michael Anthony Davis, II*  
**Michael Anthony Davis, II**  
Debtor

## CERTIFICATE *of* SIGNATURE

**REF. NUMBER**
WIFUW-4HNGR-E7SUZ-MRND3

**DOCUMENT COMPLETED BY ALL PARTIES ON**
04 AUG 2025 22:52:36 UTC

**SIGNER**

**MICHAEL DAVIS**

EMAIL

**TIMESTAMP**

SENT
04 AUG 2025 21:50:01 UTC

VIEWED
04 AUG 2025 22:49:57 UTC

SIGNED
04 AUG 2025 22:52:36 UTC

**SIGNATURE**

*Michael Davis*

IP ADDRESS
166.194.154.117

LOCATION
STONE MOUNTAIN, UNITED STATES

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
04 AUG 2025 22:49:57 UTC

Signed with PandaDoc

PAGE 1 OF 1

