**IT IS ORDERED as set forth below:**

**Date: September 15, 2025**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO.:25-58818-JWC** |
| **MICHAEL ANTHONY DAVIS,** | : | |
| | : | **CHAPTER 13** |
| **DEBTOR** | : | |

**ORDER GRANTING MOTION TO EXTEND STAY**

This matter was set for hearing on August 19, 2025, on Debtor's *Motion to Extend Stay* as to all creditors (the "Motion"). The Motion was filed on August 8, 2025, (Doc. No.8), and the instant case was filed on August 4, 2025, such that the Motion was filed and the hearing completed before thirty (30) days after the filing of this case.

Appearances were entered at the hearing by attorney for the Debtor and attorney for the Trustee. There being no opposition to the Motion, and the Debtor having shown that the filing of the above case is in good faith as to the creditors to be stayed in accordance with 11 U.S.C. § 362(c)(3), it is

**ORDERED** that the Motion is **GRANTED** as follows:

1. The automatic stay of 11 U.S.C. § 362(a) is **EXTENDED** as to all creditors.

2. The stay referenced in Paragraph 1 shall remain in effect through the pendency of this case until (i) further order of this Court, or (ii) the stay expires or terminates pursuant to 11 U.S.C. § 362(c)(1), (c)(2), or (e).

3. The granting of relief herein does not preclude a creditor from filing a subsequent motion for relief from stay as appropriate.

4. The relief granted in this Order is effective immediately upon entry of this Order, and is not subject to any stay.

**[END OF DOCUMENT]**

Presented by:
<u>Stanley J. Kakol, Jr.  /s/</u>
Stanley J. Kakol, Jr.
Attorney for Debtor
GA Bar No. 406060
Law Offices of Stanley J. Kakol, Jr.
5353 Fairington Road, Suite C
Lithonia, GA 30038
(770) 800-0440
documents@sjklawfirm.com


No Opposition:
<u>                          /s/</u>
Julie M. Anania
*With Express Permission*
GA Bar No.: 477064
Attorney for Nancy J. Whaley
Standing Chapter 13 Trustee
SunTrust Plaza Garden Offices
Suite 120
303 Peachtree Center Ave
Atlanta, GA 30303

Distribution List

Nancy J. Whaley
Standing Chapter 13 Trustee
SunTrust Plaza Garden Offices
Suite 120
303 Peachtree Center Ave
Atlanta, GA 30303

Michael Anthony Davis
408 Edmond Court
Suwanee, GA 30024

All parties on the mailing matrix in this case