**IT IS ORDERED as set forth below:**

**Date: September 15, 2025**

_____

Jeffery W. Cavender
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.:25-58818-JWC |
| MICHAEL ANTHONY DAVIS, | : | |
| | : | CHAPTER 13 |
| DEBTOR | : | |

### ORDER GRANTING MOTION TO EXTEND STAY

This matter was set for hearing on August 19, 2025, on Debtor's *Motion to Extend Stay* as to all creditors (the "Motion"). The Motion was filed on August 8, 2025, (Doc. No.8), and the instant case was filed on August 4, 2025, such that the Motion was filed and the hearing completed before thirty (30) days after the filing of this case.

Appearances were entered at the hearing by attorney for the Debtor and attorney for the Trustee. There being no opposition to the Motion, and the Debtor having shown that the filing of the above case is in good faith as to the creditors to be stayed in accordance with 11 U.S.C. § 362(c)(3), it is

**ORDERED** that the Motion is **GRANTED** as follows:

1. The automatic stay of 11 U.S.C. § 362(a) is **EXTENDED** as to all creditors.

2. The stay referenced in Paragraph 1 shall remain in effect through the pendency of this case until (i) further order of this Court, or (ii) the stay expires or terminates pursuant to 11 U.S.C. § 362(c)(1), (c)(2), or (e).

3. The granting of relief herein does not preclude a creditor from filing a subsequent motion for relief from stay as appropriate.

4. The relief granted in this Order is effective immediately upon entry of this Order, and is not subject to any stay.

**[END OF DOCUMENT]**

Presented by:
Stanley J. Kakol, Jr.  /s/
Stanley J. Kakol, Jr.
Attorney for Debtor
GA Bar No. 406060
Law Offices of Stanley J. Kakol, Jr.
5353 Fairington Road, Suite C
Lithonia, GA 30038
(770) 800-0440
documents@sjklawfirm.com


No Opposition:
_____/s/
Julie M. Anania
*With Express Permission*
GA Bar No.: 477064
Attorney for Nancy J. Whaley
Standing Chapter 13 Trustee
SunTrust Plaza Garden Offices
Suite 120
303 Peachtree Center Ave
Atlanta, GA 30303

Distribution List

Nancy J. Whaley
Standing Chapter 13 Trustee
SunTrust Plaza Garden Offices
Suite 120
303 Peachtree Center Ave
Atlanta, GA 30303

Michael Anthony Davis
408 Edmond Court
Suwanee, GA 30024

All parties on the mailing matrix in this case

United States Bankruptcy Court

Northern District of Georgia

In re: Case No. 25-58818-jwc

Michael Anthony Davis, II Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9      User: bncadmin      Page 1 of 2

Date Rcvd: Sep 15, 2025      Form ID: pdf603      Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Anthony Davis, II, 408 Edmond Court, Suwanee, GA 30024-2755 |
| 25402875 | + | New American Funding, Attn: Bankruptcy, 1 Home Campute Mac X2303-01a, Des Moines, IA 50328-0001 |
| 25402878 | + | Vladimir Lerner, c/o John B. Mangrum, 4842 LaVista Rd., Tucker, GA 30084-4464 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25402865 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Sep 15 2025 20:24:00 | Ascendium Education Solutions, c/o Jeanine Peterson, P.O. Box 8961, Madison, WI 53708 |
| 25402864 | + | Email/PDF: bncnotices@becket-lee.com | Sep 15 2025 20:28:19 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 25406468 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Sep 15 2025 20:24:00 | Ascendium Education Solutions, Inc OBO, Florida Department of Education OSFA, PO Box 8961, Madison WI 53708-8961 |
| 25402866 | | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 15 2025 20:24:52 | Caine & Weiner, 5805 Sepulveda Blvd, 4th Floor, Van Nuys, CA 91411 |
| 25402867 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 15 2025 20:24:00 | Citizens Bank, Attention: Bankruptcy, 1 Citizens Plaza, Providence, RI 02903 |
| 25402868 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 15 2025 20:25:00 | Comenity/Alphaeoncos, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 25424871 | | Email/Text: deptbankruptcy@deltacommunitycu.com | Sep 15 2025 20:25:00 | Delta Community Credit Union, P.O. Box 20541, Atlanta, GA 30320-2541 |
| 25402869 | + | Email/Text: deptbankruptcy@deltacommunitycu.com | Sep 15 2025 20:25:00 | Delta Community Credit Union, Attn: Bankruptcy, 3300 Riverwood Parkway, Ste 100, Atlanta, GA 30339-3966 |
| 25402870 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Sep 15 2025 20:24:00 | Firstmark Services, 121 South 13th Street, Lincoln, NE 68508 |
| 25402871 | + | Email/Text: brnotices@dor.ga.gov | Sep 15 2025 20:25:00 | Georgia Department of Revenue, 2595 Century Parkway NE, Suite 339, Atlanta, GA 30345-3173 |
| 25402872 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 15 2025 20:24:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 25402873 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 15 2025 20:25:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 25402874 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 15 2025 20:26:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 25402876 | + | Email/Text: JWAGNER@TBFGROUP.COM | Sep 15 2025 20:25:00 | TBF Financial, 870 Sheridan Rd., Highwood, IL 60040-1003 |
| 25402877 | + | Email/Text: bankruptcy@bbandt.com | Sep 15 2025 20:25:00 | Truist, PO Box 79041, Baltimore, MD 21279-0041 |

| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 15, 2025 | Form ID: pdf603 | Total Noticed: 20 |

| 25468137 | + Email/Text: bankruptcy@bbandt.com | | |
|---|---|---|---|
| | | Sep 15 2025 20:25:00 | Truist Bank, Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 25402978 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | | |
| | | Sep 15 2025 20:25:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25435444 | *+ | TBF Financial, LLC, 870 Sheridan Rd, Highwood, IL 60040-1003 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 17, 2025            Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Michael J. McCormick | on behalf of Creditor New American Funding LLC michael.mccormick@mccalla.com, Michael.McCormick@mccalla.com;mccallaecf@ecf.courtdrive.com |
| Nancy J. Whaley | ecf@njwtrustee.com |
| Stanley J. Kakol, Jr. | on behalf of Debtor Michael Anthony Davis II documents@sjklawfirm.com, KakolSR88373@notify.bestcase.com;sjkcourtnotices@gmail.com |

TOTAL: 3