UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 25-58818-jwc |
| | * | |
| MICHAEL ANTHONY DAVIS, II, | * | CHAPTER 13 |
| | * | |
| Debtor. | * | JUDGE JEFFERY W. CAVENDER |
| | * | |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES

COMES NOW Attorney Robert D. Schwartz and enters his appearance as counsel for Vladimir Lerner, a creditor and party in interest herein, with regard to all matters and proceedings in the above-captioned case, and shows his name, office address, and telephone number, as follows:

> Robert D. Schwartz
> P. O. Box 160100
> Atlanta, GA  30316-1002
> (404) 402-1476

and hereby requests that all notices required to be given under Bankruptcy Rule 2002 be given to Vladimir Lerner by due service upon his undersigned attorney, Robert D. Schwartz, at the address stated above.

This the   13th   of   October  , 2025.

Respectfully submitted,

/s/
Robert D. Schwartz
Georgia Bar No. 631159
BobSchwartzLaw@aol.com
P. O. Box 160100
Atlanta, GA  30316-1002
(770) 993-1005

## CERTIFICATE OF SERVICE

I certify that I have on this date electronically filed the within and foregoing pleading and have served the same via the Court's ECF system as follows:

Nancy J. Whaley, Esquire:  **ecf@njwtrustee.com**

Stanley J. Kakol, Jr., Esquire  **documents@sjklawfirm.com**

Michael J. McCormick, Esquire  **michael.mccormick@mccalla.com**

Maria A. Tsagaris, Esquire  **maria.tsagaris@mccalla.com**

I further certify that I have this date served the following parties with a copy of the within and foregoing pleading by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed as follows:

Michael Anthony Davis, II
408 Edmond Court
Suwanee, GA  30024

This the   13th   day of   October  , 2025.

/s/
Robert D. Schwartz
P. O. Box 160100
Atlanta, GA  30316-1002
(404) 402-1476