UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 25-58818-JWC |
| MICHAEL ANTHONY DAVIS II, | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| DEBTOR | ) | |

## APPLICATION TO EMPLOY SPECIAL COUNSEL

COMES NOW, The Debtor, by counsel, and files this "Application to Employ Special Counsel," showing to this Honorable Court the following:

1.

Debtor filed for relief under Chapter 13 on August 4, 2025.

2.

This matter is brought pursuant to 11 USC Section 327 and Rule 2014 F. R. Bankr. P.

3.

The Debtor, Michael Anthony Davis II, is involved in a domestic relations claim. As a result, the Debtor retained assistance of effective legal counsel to assist him in a divorce. A divorce settlement has not been reached. Debtor has retained Nishit V. Patel, NVP Law Firm to represent him in the divorce.

4.

Debtor hereby applies to this Court to approve Nishit V. Patel, with NVP Law Firm, 384 Northyards Blvd, Atlanta, GA 30313, (404) 333-8682, as Debtor's Special Counsel to prosecute and resolve his domestic relations claim.

5.

Debtor wishes to employ Special Counsel under the terms and conditions set forth in the

employment contract between Special Counsel and Debtor which is attached hereto as Exhibit "A".

6.

To the best of the Applicant's knowledge, said attorney has no interest or connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee. See the attached Affidavit marked as Exhibit "B".

7.

Special Counsel will not receive any further compensation for its services in prosecuting the domestic relations claim without further approval from this Court.

Wherefore, Debtor prays:

(a) That this Application be read, filed and considered;

(b) That this Honorable Court hold a hearing as to this matter;

(c) That this Application be approved; and,

(d) That this Honorable Court grant such other and further relief as it deems just and proper.

Respectfully Submitted,

/s/ Stanley J. Kakol, Jr.
Stanley J. Kakol, Jr., GBN 406060
Attorney for the Debtor
SJK Law Firm
5353 Fairington Road, Suite C
Lithonia, GA  30038
(770) 800-0440 phone
(770) 800-0494 fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                      )         CASE NO. 25-58818-JWC
MICHAEL ANTHONY DAVIS II,   )
                                               )         CHAPTER 13
                                               )
    DEBTOR                              )

## CERTIFICATE OF SERVICE

I certify that I have this date served the following parties with a copy of the Application to Employ Special Counsel by placing a true and correct copy of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

Michael Anthony Davis II
408 Edmond Court
Suwanee, GA 30024

Nishit V. Patel
NVP Law Firm
384 Northyards Blvd
Atlanta, GA 30313

Office of The United States Trustee
75 Ted Turner Drive, Room 362
Atlanta, GA 30303

This 23rd day of October, 2025

/s/ Stanley J. Kakol, Jr.
Stanley J. Kakol, Jr., GBN 406060
SJK Law Firm
5353 Fairington Road, Suite C
Lithonia, GA  30038
(770) 800-0440 phone
(770) 800-0494 fax