# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 25-58818 |
| MICHAEL ANTHONY DAVIS, | * | |
| | * | CHAPTER 13 |
| | * | |
| DEBTOR | * | JUDGE CAVENDER |

## AFFIDAVIT OF SPECIAL COUNSEL

I, Nishit V. Patel do hereby declare under penalty of perjury that I have direct knowledge of the facts contained and set forth herein and that they are true and correct to the best of my knowledge.

I am an attorney admitted to practice law in the state of Georgia and have been so admitted since May 28, 2010.

I have represented persons with domestic relations claims since August 27, 2025 and I am qualified to represent Michael Anthony Davis in his divorce.

I am a disinterested person and do not represent or hold any interest adverse to the receiver, Trustee, creditors, or the Estate in the matters upon which I am to be engaged.

That is a matter of conflict becomes apparent, I will immediately make sure same is known to the Court and seek withdrawal from inappropriate multiple representations.

I have received $3,500.00 in monetary compensation for my representation of Michael Anthony Davis to date. I **have not** obtained a divorce settlement on behalf of Michael Anthony Davis. There is a claim for attorney's fees and costs related to the above-referenced divorce claim.

This 21st day of October, 2025.

NVP FAMILY LAW

_____
Nishit Patel
GA Bar No. 349610
384 Northyards Blvd.
Atlanta, GA 30313

STATE OF: Georgia

COUNTY OF: Fulton

Subscribed and sworn to before me this 21st day of October 2025, by Nishit V. Patel, esq., personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

Commission No: W-00080041
Commission Expiration: 12·18·28

[Notary Seal: D. TUCKER, NOTARY PUBLIC, CLAYTON COUNTY, GEORGIA]