UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| MICHAEL ANTHONY DAVIS, II | : CASE NUMBER A25-58818-JWC |
| DEBTOR | : |

### TRUSTEE'S SUPPLEMENTAL REPORT
### FOLLOWING CONFIRMATION HEARING

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Confirmation Hearing held on October 28, 2025:**

As to whether the Debtor provided a copy of the 2021 through 2023 tax returns

As to whether the Debtor provided proof of September 2025 through October 2025 mortgage payments

As to whether the Debtor provided the fair market value of real property

As to whether the Debtor filed amended Schedule A/B

As to whether the Debtor provided an itemization of the $17,000.00 tax refund

**The Attorney for the Trustee has reviewed the case and:**

Recommends dismissal because:

The Debtor has failed to provide proof of mortgage payments

The Debtor has failed to provide copies of the 2021 through 2023 tax returns

The Debtor has failed to file amended Schedule A/B

The Debtor has failed to provide an itemization of the $17,000.00 tax refund

*Please enter an Order of Dismissal*

This the 19th day of November, 2025.

                              __/s/_____
                              Julie M. Anania,
                              Attorney for Chapter 13 Trustee
                              GA Bar Number 477064
                              303 Peachtree Center Ave., NE, Suite 120
                              Atlanta, GA  30303
/mep                        janania@njwtrustee.com

# CERTIFICATE OF SERVICE

Case No: A25-58818-JWC

I certify that on this day I caused a copy of this Chapter 13 Trustee's Supplemental Report Following Confirmation to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

MICHAEL ANTHONY DAVIS, II
408 EDMOND COURT
SUWANEE, GA  30024

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

THE LAW OFFICE OF STANLEY J. KAKOL, JR.

This the 19th day of November, 2025.

/s/_____
   Julie M. Anania
   Attorney for the Chapter 13 Trustee
   State Bar No. 477064
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201