## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
**Michael Anthony Davis II**
408 Edmond Court
Suwanee, GA 30024

xxx–xx–6965

Case No.: **25–58818–jwc**
Chapter: **13**
Judge: **Jeffery W. Cavender**

### ORDER OF DISMISSAL

The Chapter 13 Trustee reports that the Debtor(s) has failed to comply with the direction of the Court. Therefore,

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

Jeffery W. Cavender
United States Bankruptcy Judge

Dated: November 20, 2025

Form 157

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                          Case No. 25-58818-jwc
Michael Anthony Davis, II                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9        User: bncadmin        Page 1 of 3
Date Rcvd: Nov 20, 2025        Form ID: 157        Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Anthony Davis, II, 408 Edmond Court, Suwanee, GA 30024-2755 |
| cr | + | Vladimir Lerner, 6150 Zachary Drive NE, Norcross, GA 30093-2034 |
| 25402875 | + | New American Funding, Attn: Bankruptcy, 1 Home Campute Mac X2303-01a, Des Moines, IA 50328-0001 |
| 25518035 | + | Vladimir Lerner, 6150 Zachary Dr, Norcross GA 30093-2034 |
| 25402878 | + | Vladimir Lerner, c/o John B. Mangrum, 4842 LaVista Rd., Tucker, GA 30084-4464 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25505899 | | Email/Text: Bankruptcy@absoluteresolutions.com | Nov 20 2025 20:36:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 25402865 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Nov 20 2025 20:36:00 | Ascendium Education Solutions, c/o Jeanine Peterson, P.O. Box 8961, Madison, WI 53708 |
| 25402864 | + | Email/PDF: bncnotices@becket-lee.com | Nov 20 2025 21:13:32 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 25406468 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Nov 20 2025 20:36:00 | Ascendium Education Solutions, Inc OBO, Florida Department of Education OSFA, PO Box 8961, Madison WI 53708-8961 |
| 25402866 | | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 20 2025 20:37:01 | Caine & Weiner, 5805 Sepulveda Blvd, 4th Floor, Van Nuys, CA 91411 |
| 25402867 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 20 2025 20:36:00 | Citizens Bank, Attention: Bankruptcy, 1 Citizens Plaza, Providence, RI 02903 |
| 25402868 | + | EDI: WFNNB.COM | Nov 21 2025 01:20:00 | Comenity/Alphaeoncos, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 25424871 | | Email/Text: deptbankruptcy@deltacommunitycu.com | Nov 20 2025 20:38:00 | Delta Community Credit Union, P.O. Box 20541, Atlanta, GA 30320-2541 |
| 25402869 | + | Email/Text: deptbankruptcy@deltacommunitycu.com | Nov 20 2025 20:38:00 | Delta Community Credit Union, Attn: Bankruptcy, 3300 Riverwood Parkway, Ste 100, Atlanta, GA 30339-3966 |
| 25402870 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Nov 20 2025 20:37:00 | Firstmark Services, 121 South 13th Street, Lincoln, NE 68508 |
| 25402871 | + | EDI: GADEPTOFREV.COM | Nov 21 2025 01:20:00 | Georgia Department of Revenue, 2595 Century Parkway NE, Suite 339, Atlanta, GA 30345-3173 |
| 25402872 | | EDI: IRS.COM | Nov 21 2025 01:20:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 25402873 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 20 2025 20:38:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 25489978 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 20 2025 20:38:00 | Midland Credit Management, Inc., PO Box 2037, |

| District/off: 113E-9 | User: bncadmin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 20, 2025 | Form ID: 157 | Total Noticed: 25 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Warren, MI 48090-2037 |
| 25402874 | + | EDI: NFCU.COM | Nov 21 2025 01:20:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 25508914 | + | Email/Text: Bankruptcy@nafinc.com | Nov 20 2025 20:36:00 | New American Funding, LLC, 8201 North FM 620 Suite 120, Austin TX 78726-4075 |
| 25402876 | + | Email/Text: JWAGNER@TBFGROUP.COM | Nov 20 2025 20:38:00 | TBF Financial, 870 Sheridan Rd., Highwood, IL 60040-1003 |
| 25402877 | + | Email/Text: bankruptcy@bbandt.com | Nov 20 2025 20:37:00 | Truist, PO Box 79041, Baltimore, MD 21279-0041 |
| 25468137 | + | Email/Text: bankruptcy@bbandt.com | Nov 20 2025 20:37:00 | Truist Bank, Support Services, P.O. Box 1847 / 100-50-01-51, Wilson, NC 27894-1847 |
| 25402978 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Nov 20 2025 20:38:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25435444 | *+ | TBF Financial, LLC, 870 Sheridan Rd, Highwood, IL 60040-1003 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 22, 2025                        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maria A. Tsagaris | on behalf of Creditor New American Funding LLC maria.tsagaris@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mt3@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Michael J. McCormick | on behalf of Creditor New American Funding LLC michael.mccormick@mccalla.com, Michael.McCormick@mccalla.com;mccallaecf@ecf.courtdrive.com |
| Nancy J. Whaley | ecf@njwtrustee.com |
| Robert D. Schwartz | on behalf of Creditor Vladimir Lerner bobschwartzlaw@aol.com Schwartz.RobertD.B126089@notify.bestcase.com |
| Stanley J. Kakol, Jr. | on behalf of Debtor Michael Anthony Davis II documents@sjklawfirm.com, KakolSR88373@notify.bestcase.com;sjkcourtnotices@gmail.com |

District/off: 113E-9 | User: bncadmin | Page 3 of 3
Date Rcvd: Nov 20, 2025 | Form ID: 157 | Total Noticed: 25

TOTAL: 5